**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NORVEL JOSEPH LASSERE, JR.,** | * | **CIVIL ACTION NO. 26-303** |
| **individually and as Trustee and Sole** | | |
| **Beneficiary of the NORVEL JOSEPH** | * | **JUDGE ELDON E. FALLON** |
| **LASSERE JR. TRUST** | | |
| | * | **MAGISTRATE JUDGE** |
| **VERSUS** | | **EVA J. DOSSIER** |
| | * | |
| **SPECIALIZED LOAN SERVICING LLC,** | | |
| **NEWREZ LLC D/B/A SHELLPOINT** | * | |
| **MORTGAGE SERVICING, FEDERAL** | | |
| **HOME LOAN MORTGAGE CORPORATION** | * | |
| **(FREDDIE MAC), FRAY LUIS ARCIA** | | |
| **LOPEZ, individually and as Owner of KING** | * | |
| **M&L RENOVATION, LLC, AND MICHAEL** | | |
| **TREGRE, in his official capacity as SHERIFF** | * | |
| **OF ST. JOHN THE BAPTIST PARISH** | | |
| *     *     *     *     *     *     *     * | | |

## ORDER AND REASONS

The Court has before it a renewed Motion for Temporary Restraining Order and Preliminary Injunction filed by *pro se* Plaintiff Norvel Joseph Lassere, Jr., in his capacity as Trustee of the Norvel Lassere, Jr. Trust. R. Doc. 21. After holding a hearing, which Plaintiff failed to attend, the Court denied Plaintiff's original motion for a temporary restraining order on the basis that Plaintiff is unlikely to prevail on the merits of his claim. R. Doc. 18. Nothing in Plaintiff's renewed Motion or attached exhibits changes that determination. Accordingly, no hearing on Plaintiff's renewed Motion is necessary, and;

**IT IS ORDERED** that Plaintiff's Motion, R. Doc. 21, is **DENIED**.

New Orleans, Louisiana, this 17th day of March, 2026.

THE HONORABLE ELDON E. FALLON

**PLEASE SEND AN E-MAIL COPY IMMEDIATELY TO:**
*Pro se* Plaintiff, Norvel Joseph Lassere, Jr., at iambank38@yahoo.com